UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    CRIMINAL NO. 06-20545

    HONORABLE PAUL D. BORMAN

D-1   NEDJO LOJPOUR,

    Defendant.
_____/

## STIPULATED ORDER OF REMOVAL

Pursuant to the defendant's waiver of his right to notice and hearing under section 238(c)(2) of the Immigration and Nationality Act, 8 U.S.C. § 1228(c)(2), and the defendant's stipulation to the entry of a judicial order of removal/deportation from the United States as set forth in Paragraph 4 of the Rule 11 Plea Agreement in this matter pursuant to section 238(c)(5) of the Immigration and Nationality Act, 8 U.S.C. § 1228(c)(5), and with the concurrence of the designee of the Assistant Secretary for U.S. Immigration and Customs Enforcement:

IT IS HEREBY ORDERED that defendant Nedjo Lojpur, alien registration number A79 927 723, be removed from the United States to Bosnia and Herzegovina, or to any other country as prescribed by the immigration laws and regulations of the United States, following any sentence of imprisonment imposed by this Court.

    s/Paul D. Borman
    PAUL D. BORMAN
    UNITED STATES DISTRICT JUDGE

Dated: July 12, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 12, 2007.

                                                s/Denise Goodine
                                                Case Manager